UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS

CASE NO. 1:02-CR-38 MMP

MAHMOUD ELDICK

**FINANCIAL REFERRAL AND ORDER**

Regarding release of funds for: __ Fine, _X_ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: ____U.S. Marshals Service_____ (Payee)
Address:  111 N. Adams St.
          Tallahassee, FL 32301

Receipt Number __4-4082__  Date of Receipt __2/25/08__

Motion: N/A

Explanation: On February 25, 2008, the Clerk's Office received a check from the U.S. Marshals Service in the amount of $559,385.96 to be applied to Mr. Eldick's restitution. The U.S. Marshals Service is now saying that an overpayment of $48,094.59 was made to the Clerk's Office (see attached letter). The Marshals Service is requesting that the Clerk's Office issue them a check in the amount of $48,094.59. Requesting authorization to refund the overpayment to the U.S. Marshals Service.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___s/Philip Detweiler___
             Philip Detweiler, Financial Specialist          Date: April 1, 2008

Referred by: _____,Deputy Clerk

**ORDER OF COURT**

It is ORDERED this _22ND_ day of ___April___, 2008, that the Clerk refund the identified funds to the payee.

_____
MAURICE M. PAUL
SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99