# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA

IN RE:  CASES ASSIGNED TO  Misc. No. 4:95mc40111
MAGISTRATE JUDGE
ALLAN KORNBLUM

## ADMINISTRATIVE ORDER

United States Magistrate Judge Allan Kornblum passed away on February 12, 2010.  To effect the efficient processing of cases pending appointment of a new magistrate judge, the following procedures will be used.

1. Cases referred to Magistrate Judge Kornblum will be handled by the assigned district judge.

2. For administrative and case management purposes, referral of cases to the magistrate judges will continue in accordance with existing administrative orders.  The docketing system and CMECF will continue to show cases being referred to Magistrate Judge Kornblum, although a district judge will be issuing all orders.  Thus, for dispositive matters, final orders will be issued directly by the district judge without a Report and Recommendation and objections.  Motion orders will be entered directly by the district judge, and thus the process of the magistrate judge entering an order which can be appealed to the district judge will not apply.

3. For scheduling and other routine matters, the parties and litigants should continue to communicate with Magistrate Judge Kornblum's staff and courtroom deputy.

4. Nothing in this Administrative Order shall prohibit the district judge from making a specific referral to another magistrate judge in this district for purposes of conducting evidentiary hearings or other such proceedings, pursuant to Northern District of Florida Local Rule 72.3.

SO ORDERED this 10th th day of March, 2010.

*S/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge