**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

    VS                                                              CASE NO.  1:02-cr-38 MP/AK

MAHMOUD ELDICK

## **JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Defendant take nothing, and that his motion under U.S.C. § 2255 is DENIED.

                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  *s/ TiAnn Stark*

 March 23, 2010
DATE                                              Deputy Clerk: TiAnn Stark