UNITED STSATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
        Respondent,

vs.                                             Docket No: 1:02-CR-38-MMP/AK

MAHMOUD ELDICK,
        Petitioner.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Mahmoud Eldick with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on March 23, 2010.

Done this 17TH, day of May 2010

                                            Mahmoud Eldick
                                            Reg. # 20126-017
                                            FCI Yazoo City Low
                                            Federal Correctional Institution
                                            P.O. Box 5000
                                            Yazoo City, MS  39194

Filed 0521'10 USDC Fln 1AM1147

CERTIFICATE OF SERVICE

    I HEREBY DO CERTIFY that a true and correct copy of this pleading that was prepared with the assistance of counsel was mailed to: Lenard B. Register, 21 East Garden Street, # 400, Pensacola, FL 32502, by placing the same in the Federal Bureau of Prison's Legal Mail Box with sufficient First Class Postage.

    Done this _17_, day of May 2010

> I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this ____ day of May 2010 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.
>
> _____
> Mahmoud Eldick
> Reg. # 20126-017
> FCI Yazoo City Low
> Federal Correctional Institution
> P.O. Box 5000
> Yazoo City, MS  39194