UNITED STSATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
  Respondent,

vs.                    Docket No: 1:02-CR-38-MMP/AK

MAHMOUD ELDICK,
  Petitioner.
_____/

PETITIONER'S MOTION AND AFFIDAVIT FOR LEAVE TO
PROCEED IN FORMA PAUPERIS PURSUANT
TO TITLE 28 U.S.C. 1915

COMES NOW PETITIONER, Mahmouod Eldick and respectfully moves this Honorable Court for leave to proceed in forma pauperis, in accordance with the provisions of Title 28, United States Code, Section 1915, and the Rules of his Court.

The affidavit of Petitioner in support of this motion is attached hereto.

I, Mahmouod Eldick being first duly sworn according to law, depose and say that I am the Petitioner in the above-entitled cause, and in support of my application for leave to proceed without being required I prepay costs or fees, state: (A) because of my poverty I am unable to pay the cost of the cause; (B) I am unable to give security for the same; (C) I believe that I am entitled to the redress I seek in the cause; (D) this review is sought in good faith; (E) the nature of the cause is stated as a an appeal of the District Court's denial of Petitioner's Section 2255 Motion. (F) the petition raises substantial questions of constitutional law, as set forth more fully in my motion filed herewith.

Filed 0521'10 USDcFlnIAM1146

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the costs of prosecuting the appeal are true.

1) I am presently unemployed.

2) I have not received within the last 12 months any income from a business, profession of other form of self-employment, in the form of rent payments, interest, dividend, or other source.

3) I do not own cash or a checking or savings account.

4) I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property.

5) I have no persons dependent on me for support.

6) I have read the foregoing and state that it is true and correct.

Done this __12__, day of May 2010

*/s/ Mahmoud Eldick*
Mahmoud Eldick
Reg. # 20126-017
FCI Yazoo City Low
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

## CERTIFICATE OF SERVICE

    I HEREBY DO CERTIFY that a true and correct copy of the pleading that was prepared with the assistance of counsel was mailed to: Lenard B. Register, 21 East Garden Street, # 400, Pensacola, FL 32502, by placing the same in the Federal Bureau of Prison's Legal Mail Box with sufficient First Class Postage.

Done this _17_, day of May 2010

> I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this ____ day of May 2010 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.
>
> _/s/ Mahmoud Eldick_
> Mahmoud Eldick
> Reg. # 20126-017
> FCI Yazoo City Low
> Federal Correctional Institution
> P.O. Box 5000
> Yazoo City, MS 39194