IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:02-cr-00038-MP-AK

MAHMOUD ELDICK,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 213, Defendant's Motion for Leave to Appeal in Forma Pauperis and Doc. 212, Defendant's Motion for Certificate of Appealability. This Court will issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 326, 123 S. Ct. 1029, 1034 (2003).

Here, Defendant argued that he pled guilty without realizing that he only faced a five-year, rather than twenty-year, maximum sentence. As discussed in the order at Doc. 209 and the Report and Recommendation at Doc. 207, during the hearing, but before the ultimate acceptance of the guilty plea, the Court repeatedly informed Defendant that the penalty he faced was only 5, not 20, years on Count Two. Defendant repeatedly assured the Court that he understood. He clearly acknowledged during the hearing (1) that he knew the penalty for Count Two was 5

years, (2) that he had discussed that fact and also the pros and cons of going to trial with his counsel, and (3) that he knew that by pleading guilty he was giving up any defenses he might have to the charges. Accordingly, Defendant has not made a substantial showing of the violation of a constitutional right.

With regard to Doc. 213, under Fed. R. App. P. 24(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, and the Court, under Fed. R. App. P. 24(a)(4) may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*. For the reasons given above, the Court hereby certifies that the appeal is not taken in good faith.  The motion to proceed *in forma pauperis* on appeal is likewise denied.  Accordingly it is hereby,

**ORDERED AND ADJUDGED:**

Doc. 212, the Motion for Certificate of Appealability, is denied.  Doc. 213, the Motion to Proceed on Appeal in Forma Pauperis is also denied.

**DONE AND ORDERED** this _8th_ day of June, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge